# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 23-cv-01141-REB-MEH

JULIE ZAHNISER,

    Plaintiff,

v.

AVIS BUDGET CAR RENTAL, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal With Prejudice** [#39][1], filed November 1, 2024. After reviewing the stipulations and the record, I conclude the stipulations should be approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#39] is approved;

    2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

    3. That the **Defendant's Expedited Opposed Motion for Use of Preserved Testimony at Trial** [#33], filed September 27, 2024, is denied as moot; and

    4. That this case is closed.

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated November 1, 2024, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge